JOHN V. FARWELL, JR., V. CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD COMPANY.

FILED FEBRUARY 17, 1898.   No. 7505.

Eminent Domain: DAMAGE TO CITY LOTS: EVIDENCE.

REHEARING of case reported in 52 Neb. 614.

*Cornish & Lamb* and *Tibbets, Morey & Ferris,* for plaintiff in error.

*L. W. Billingsley* and *R. J. Greene, contra.*

PER CURIAM.

This is a rehearing of the case reported in 52 Neb. 614. The former opinion is adhered to, and for the reason therein stated the judgment of the district court is reversed and the cause remanded.

REVERSED AND REMANDED.